IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE L. HENDERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                              CASE NO. 1D17-1589

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed July 6, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce L. Henderson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.


PER CURIAM.

The petition seeking a belated appeal of the order denying motion for postconviction relief rendered on March 18, 2016, in Columbia County Circuit Court case number 2014-560-CF is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

WOLF, ROWE, and KELSEY, JJ., CONCUR.